UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X   21 MC 100 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

IN RE: WORLD TRADE CENTER DISAGER SITE
LITIGATION

**RULE 7.1 STATEMENT OF TURNER CONSTRUCTION COMPANY**

---------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TURNER CONSTRUCTION COMPANY certifies that TURNER CONSTRUCTION COMPANY is a wholly owned indirect subsidiary of Hochtief AG. Hochtief AG is a publicly held company headquartered in Germany and was founded in 1875.

Dated: Newark, New Jersey
November 28, 2006

PATTON BOGGS LLP

By: *[signature]*
James E. Tyrrell, Jr. (JT-6837)
One Riverfront Plaza, 6th floor
Newark, NJ 07102
(973) 868-5600
JTyrrell@PattonBoggs.com

*Attorneys for defendant* Turner Construction Company